Frank J. KAKUK, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7023.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2011.

Meredyth Cohen Havasy, Department of Justice, David J. Barrans, Michael G. Daugherty, Department of Veterans Affairs, Washington, DC, for Claimant–Appellant.

Richmond J. Brownson, Timothy M. White, AAA Disability Advocates, PC, Tulsa, OK, for Respondent–Appellee.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

**ON MOTION**

PER CURIAM.

**ORDER**

The Secretary of Veterans Affairs moves without opposition to vacate the decision of

the United States Court of Appeals for Veterans Claims and to direct that court to remand to the Board of Veterans' Appeals with orders to remand to the Regional Office for further proceedings.

Kakuk sought service connection for Parkinson's Disease based upon, among other things, exposure to herbicides during his service in Vietnam. The Board denied service connection, finding insufficient evidence to establish a nexus between his disease and his service. The Court of Appeals for Veterans Claims affirmed. Kakuk appealed to this court.

This court granted the Secretary's motion to stay the briefing schedule pending the Department of Veterans Affairs' publication in the Federal Register of a final rule regarding presumptions of service connection based upon exposure to herbicides. Recently, the Department of Veterans Affairs published a final rule affording a presumption of service connection for Parkinson's Disease based upon exposure to herbicides. The Secretary now argues that the final rule "may provide Mr. Kakuk with the nexus currently lacking between his disability and his military service and may eliminate the need for this Court to address his arguments regarding prejudicial error and the adequacy of the medical exam." We agree.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.